**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Howard O. Kieffer, | ) | Case No. 1:08-cr-054 |
| | ) | |
| Defendant. | ) | |

On November 26, 2008, the Government filed a motion for revocation of Defendant's pretrial release. The court shall conduct a hearing on the Government's motion on December 4, 2008, at 2:00 p.m. in Bismarck, North Dakota (courtroom #2). Defendant shall personally appear at the hearing. Defendant is further advised that he may be remanded into custody at the close of the hearing if the circumstances warrant.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge