# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:08-cr-54 |
| | ) | |
| Howard O. Kieffer, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

___

Before the Court is the Defendant's motion to reconsider the Court's order filed March 11, 2009, denying his motion for continuance. The Court has fully considered the Defendant's motion to reconsider and the Government's response. The Defendant has not convinced the Court that a continuance is warranted. Trial will proceed as scheduled on April 14, 2009.

Accordingly, the motion to reconsider is **DENIED**.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2009.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court

1