**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Howard O. Kieffer, | ) | Case No. 1:08-cr-054 |
| | ) | |
| Defendant. | ) | |

On April 9, 2009, the defendant, Howard O. Kieffer (Kieffer), filed a Motion to Seal Documents. He seeks an order from the court sealing the Government's response to his Motion to Modify Conditions of Pretrial Release as well as Exhibit A to the Government's Notice of Intent to Use Rule 609 Evidence. The Government has advised the court that it has no objection to Kieffer's motion.

Accordingly, the court **GRANTS** Kieffer's Motion to Seal Documents (Docket No. 87). The Clerk's office is directed to seal the Government's response to Kieffer's Motion to Modify Conditions of Pretrial Release (Docket No . 78) along Exhibit A to the Government's Notice of Intent to Use Rule 609 Evidence (Docket No. 83).

**IT IS SO ORDERED.**

Dated this 10th day of April, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge