**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08-cr-54 |
| ) | |
| Howard O. Kieffer, ) | |
| ) | **ORDER DENYING MOTION** |
| Defendant. ) | |

___

Before the Court is the Defendant's motion for stay of execution of sentence or in the alternative to extend the voluntary surrender date. The Court previously denied the Defendant's motion for bond pending appeal.

The Court has reviewed the motion and finds any grant of a stay of execution or extension of the voluntary surrender date to be unwarranted. The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2009.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court
