# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Howard O. Kieffer, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | Case No. 1:08-cr-054 |
| | ) | |
| Fidelity Investments, | ) | |
| | ) | |
| Garnishee. | ) | |

___

On March 26, 2010, the undersigned convened a hearing via telephone conference call on Defendant's objections to the Government's application for a writ of garnishment of an account Defendant has with an affiliate of Fidelity Investments. AUSA Shon Hastings appeared on the Government's behalf. Defendant appeared pro se. One of Defendant's victims, Ms. Elizabeth Bergman, was conferenced in as well.

Although Defendant filed his objections pro se, he insisted that he is being represented by counsel. In response, the Government advised the court that it would not object to a continuance of the hearing to allow purported defense counsel to file supplemental responses to the application at issue.

Accordingly, defense counsel shall have until April 9, 2010, to file supplements to Defendant's objections to the Government's application.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge